# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| RYAN SAUL and ANGELA SAUL, individually and as Guardians ad Litem for their minor child, Autumn Saul,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SCOTT B. DOMINIACK, individually and d/b/a Taco John's of Cedar Falls, and DEBBIE S. DOMINIACK, individually and d/b/a Taco John's of Cedar Falls,<br><br>　　　　Defendants. | No. 06-CV-2091-LRR |
| KAREN HIBBEN-LEVI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT B. DOMINIACK, individually and d/b/a Taco John's of Cedar Falls, and DEBBIE S. DOMINIACK, individually and d/b/a Taco John's of Cedar Falls,<br><br>　　　　Defendants. | No. 06-CV-2094-LRR<br><br>**ORDER CONSOLIDATING CASES** |

_____

　　　　The matter comes before the court on its own motion. Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate cases if they involve "a common question of law or fact." Fed. R. Civ. P. 42(a). Further, a court may consolidate cases to "avoid unnecessary costs or delay." *Id.* "'[C]onsolidation is permitted as a matter of convenience

and economy in administration, but does not merge the suits into a single cause, or change the rights of the parties, or make those who are parties in one suit parties in another.'" *Enterprise Bank v. Saettele*, 21 F.3d 233, 235 (8th Cir. 1994) (quoting *Johnson v. Manhattan Ry.*, 289 U.S. 479, 496-97 (1933)). Consolidated suits "retain much of their independent identity." *United States v. Altman*, 750 F.2d 684, 695 (8th Cir. 1984).

The court finds that the above-captioned cases involve common defendants and common questions of fact. The court hereby consolidates them under case number 06-CV-2091-LRR. From this date forward, the caption shall appear as set forth above but without case number 06-CV-2094-LRR. The court directs the Clerk of Court to file this order under case numbers 06-CV-2091-LRR and 06-CV-2094-LRR. The Clerk of Court is further directed to refile all documents from case number 06-CV-2094-LRR under the consolidated case number. All future pleadings and papers in both matters should be filed under case number 06-CV-2091-LRR.

**IT IS SO ORDERED.**

**DATED** this 19th day of April, 2007.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2

Case 6:06-cv-02094-LRR    Document 24    Filed 04/19/07    Page 2 of 2